## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: MARIA A FIGUEROA GUADALUPE | Bkrtcy. No. 11-06264-MCF<br>Chapter 13 |

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 22, 2011 | Meeting Date: Sep 07, 2011 | DC Track No. 6 |
| Days from petition date: 47 | Meeting Time: 9:00 AM | |
| 910 Days before Petition: 1/23/2009 | ☐ Chapter 13 Plan Date: Jul 22, 2011 Dkt.#2 | ☐ Amended. |
| This is debtor(s) 1ST Bankruptcy petition. | Plan Base: $6,600.00 | |
| This is the 1ST Scheduled Meeting | Confirmation Hearing Date: Oct 14, 2011 | Time: 1:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $110.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference ☑ Creditor(s) present: ☐ None.
- ☑ Debtor Present  ☑ ID & Soc. OK  ☐ Debtor Absent — Romero 1st Bank
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present  ☐ Not Present
- ☐ Substitute attorney:  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** — Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00    Paid Pre-Petition: $205.00    Outstanding: $2,795.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.   Liquidation Value: $1,711.00
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ∅
- .22? The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 15 DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:** $9,000.00 w/o insurance.
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☑ Failure to comply with Tax returns requirements. [§1308] 2007 2009 PR
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Insurance proof must be submitted. (vehicle 1st Bank). Either → no consequence in MT line 47. (AEEIA). Schedule A will be amended to include that Debtor's daughter has an hereditary interest over the property. Schedule C will be amended to claim available exemptions.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Sep 07, 2011